JS-6

Neama Rahmani (State Bar No. 223819)
   *efilings@westcoasttriallawyers.com*
Ronald L. Zambrano (State Bar No. 255613)
   *ron@westcoasttriallawyers.com*
Ashley J. Garay (State Bar No. 318131)
   *ashleyg@westcoasttriallawyers.com*
Lilit Kyababchian (State Bar No. 355320)
   *lilit@westcoasttriallawyers.com*
WEST COAST TRIAL LAWYERS, APLC
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701

Attorneys for Plaintiff,
ISSAC MUNOZ

*[Counsel for Defendants listed on next page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISSAC MUNOZ, as an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART ASSOCIATES, INC., a Delaware corporation; SEDGWICK CLAIMS MANAGEMENT SERVICES, INC. a California Corporation, and DOES 1-10, inclusive<br><br>Defendants. | Case No.: 5:25-cv-00015-SSS-SPx<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Sunshine Suzanne Sykes<br><br>Action Filed: October 24, 2024<br>Trial: May 18, 2026 |

//
//
//

-1-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Daniel F. Fears, Bar No. 110573
*dff@paynefears.com*
Andrew K. Haeffele, Bar No. 258992
*akh@paynefears.com*
Bree A. Oswald, Bar No. 314614
*bao@paynefears.com*
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for WAL-MART ASSOCIATES, INC. and SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.

**CONTINUED ON NEXT PAGE**

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party bearing that party's owner attorney's fees and costs.

Dated: June 16, 2025

_____
Hon. Sunshine Suzanne Sykes
UNITED STATES DISTRICT JUDGE

-4-

JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE